## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DAILEN DRAKE AND BETTE DRAKE, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-04665 |
| | § | |
| | § | |
| LIBERTY MUTUAL, LIBERTY | § | |
| HEALTHCARE NETWORK, HELMSMAN | § | |
| MANAGEMENT SERVICES, INC., | § | |
| SOUTHWESTERN BELL TELEPHONE, | § | |
| INC. AND AT&T, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

BE IT REMEMBERED, that on this the _____ day of _____, 2010, came

on for consideration Plaintiffs' Motion To Expedite Determination Of Motion To Remand Or To

Amend Complaint, and the Court, subsequent to entertaining said Motion, is of the opinion that

said Motion should be GRANTED.  IT IS, THEREFORE,

ORDERED, that Defendants shall have their responses to Plaintiffs' Motion To Remand

Or To Amend complaint filed with this Court no later than 5:00 o'clock p.m. on December 29,

2010.

SIGNED, this _____ day of _____, 2010.

_____
HONORABLE JUDGE PRESIDING

APPROVED:

S

Waverly R. Nolley
State Bar No. 15067420
540 Heights Boulevard
Houston, Texas 77007
(713) 880-2255 - Telephone
(713) 880-0415 - Telecopier
ATTORNEY FOR PLAINTIFFS